1  Name:
2  Address:
3  Telephone Phone:
4  Email:

**FILED**
Aug 08 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ cynthial  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Robert J. Dudash

Plaintiff(s),

v.

PSW Ulloa, Anjelica, PSW Hines, San Diego PD SGT. Ellison, SDPD officers Zaval, Calvin, Bercerra,

Defendant(s).

Case No.: **'22CV1170 DMS AGS**
(assigned at time of filing)

**COMPLAINT**

**I.  RELATED CASES**

a.  Do you have other Civil Case(s) in this or any other federal court?

☐ Yes   ☑ No

b.  If yes, please list the case numbers here:

**II.  STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)* All named defendants used intimidation, Corruption, and malicious, Gross negligence, intentional torts and violations unto my children/family.

1

Police named used intimidation, coercing, and threatening means mixed with lies, manipulation and confusion to kidnap or to seize my property, life and blood, which is my children, Yeshua and Logos Dudash. And unlawfully, illegally, and maliciously, and intentionally aided CPS Andents Ulloa and hines in their unreasonable search and seizure of my property, life and blood, which is my children. Also perjured petitions to the court saying I fled at initial meet or encounter during unannounced home visit, which is not true and used also to kidnap my children in a manipulative, decieving way. When truth is I stood with officers aprox. 10 minutes face to face asking what do you need or want, since asking me to come outside and talk, which I did initially w/out issue, I complied w/ coming out and talking yet for 10 minutes was never told why they were there or what they wanted, no paper work, nothing, and after I asked for 5-10 minutes w/out answers, info, or paper work or documents, they creeped close to me intimidatingly slowly, creepily, I was in duress and confusion from the tyranny and domestic terror that was happening in the trauma inflicted when they took my children from our arms, from my arms, and from their home w/ me, in their kidnapping and abduction and unreasonable search and seizure, after taking my children I said I do not consent or want you taking my children, that I wanted them, and did not consent to search of my home, which posted on door NO TRESPASSING, they ignored both. And All.

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

I want the courts to return my property, life, and blood, my children, Yeshua/Logos Dudash and to give the least amount to grant relief, that the least amounted relief be set at A Googol, since this has caused much trauma mentally, spiritually, emotionally, physically, financially for my children and my family.

Thank you

Robert J. Dudash

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☑ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

Aug 3 2022
Date

Robert J. Dudash
Signature

Robert James Dudash III
Printed Name

4