


# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Robert J. Dudash

**Plaintiff,**

V.

See Attachment

**Defendant.**

Civil Action No. 22-cv-01170-CAB-BLM

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff has not paid the filing fee or applied to proceed in forma pauperis, and because this case appears to be duplicative of the First Case, the case is hereby closed.

Date: 8/31/22

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Olsen

J. Olsen, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 22-cv-1170-CAB-BLM

Defendant(s):

PSW Ulloa Anjelica;
PSW Hines;
San Diego PD Sgt. Ellison;
SDPD Officer Zawal;
SDPD Officer Calvin;
SDPD Officer Bercerra.